RECEIVED

SEP 17 2026

BY MAIL

DEDRICK DESHON JORDAN
REG. NO. 36171-510
FCI VICTORVILLE MEDIUM I
FEDERAL CORR. INSTITUTION
P.O. BOX 3725
ADELANTO, CA 92301

September ___, 2026

Mr. Nathan M. Graves
Clerk of Court
U. S. District Court
Eastern District of Missouri
Eastern Division
111 South 10th Street
St. Louis, MO 63102

RE: *Jordan v. United States*
Civil No. 4:26-cv-___________
Crim No. 4:21-cr-00013-MTS-3

Dear Mr. Graves:

Enclosed please find and accept for filing Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody and Memorandum of Law in Support thereof. Please submit these documents to the Court.

Thank you for your assistance in this matter.

Sincerely,

DEDRICK DESHON JORDAN
Appearing *Pro Se*

*Encl. as noted*